373 A.2d 1143

Commonwealth National Bank v. Carpenters of Pennsylvania, Inc. (et al., Appellant).

Argued March 15, 1977. Guy W. Schlesinger, with him Andrew M. Pipa, Jr., for appellant; Robert C. Spitzer, with him Michael Q. Davis, for appellee.

Order affirmed.

VAN der VOORT, J., dissents.